IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVANGELINA LOVETT,

        Plaintiff,                        Civ. No. S-11-2764 KJM CKD

   vs.

OFFICE OF FEDERAL EMPLOYEES'
GROUP LIFE INSURANCE, et al.,        ORDER

        Defendants.
_____/

        This case was on calendar on March 15, 2011 for pretrial scheduling conference. Ernest Chen appeared for plaintiff; Sam Israel and Ian Barker appeared for defendants. The parties asked the court to continue the scheduling conference to June 14, 2012 to allow them time to resolve the case.

        IT IS HEREBY ORDERED that

        1. The status conference is continued until June 14, 2012 at 2:30 p.m., and

        2. The parties shall file an updated joint status report one week before the next status conference.

DATED:  April 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

1